No. 73–6925. ESTRADA v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6941. CAMPBELL v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6948. THOMAS v. CANNON, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6958. LIEBSCH v. LIEBSCH. Ct. Sp. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6961. WILEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–7073. PRATT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–7077. RANDALL v. GOLDMARK, SECRETARY, EXECUTIVE OFFICE OF HUMAN RESOURCES OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–7085. LEPAGE ET AL. v. PICARD, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–34. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 336, AFL–CIO v. ILLINOIS BELL TELEPHONE Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.